| United States District Court | Southern District of Texas |
|---|---|

Robin Prince-Rivers, §
§
    Plaintiff, §
§ ~~Civil Action H-14-3439~~
§ Civil Action H-15-1496
versus §
§
Federal Express Grounds, et al., §
§
    Defendants. §

## Order on Dismissal

Robin Prince-Rivers's claims are wholly duplicative of her claims in Civil Action 14-3439, *Robin Prince-Rivers v. Federal Express Grounds, et al.* ~~Her~~ Their case is dismissed.

Signed on June 4, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge